**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 6:17-CV-00127

2. Style of case: CORINNE FORD V. STEVEN KVAM AND TRY US TRANSPORATION, INC.

3. Nature of suit: Motor Vehicle Accident

4. Method of ADR used:   ☑ Mediation        ☐Mini-Trial        ☐ Summary Jury Trial

5. Date ADR session was held: 9/18/2017

6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.          ☐ Settled, in part, as result of ADR
    ☑ **Settled as a result of ADR.**          ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $2,950.00

8. Duration of ADR: FULL DAY   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   Mark W. Gilbert, Mediator                Kenneth 'Tray' P. Gober III, Esq., Plaintiff counsel
   Corinne Ford, Plaintiff                  F. Lorin Campean, ins. co. representative
   Tab E. Lawhorn, Esq., Plaintiff counsel  Joe A. Rivera, Esq., Defense counsel

*Please provide the names, addresses, an*        *d telephone number of counsel on the reverse of this form.*

Provider information:

*Mark W. Gilbert*
Signature                                    September 22, 2017
                                             Date

12001 N. Central Expressway, Suite 650, Dallas, Texas  75243    (214)303-4500
Address                                      Telephone

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing ADR Reporting Form was electronically filed with and has been electronically sent to all parties through the Eastern District of Texas Electronic Court Filing system on September 22, 2017.

_____/s/_____
Mark W. Gilbert
Mediator

**Tab E. Lawhorn, Esq.**
Findlay Craft, P.C.
102 North College Avenue, Suite 900
Tyler, TX  75702
(903) 534-1100
(903) 534-1137

**Kenneth 'Tray' P. Gober III, Esq.**
Lee Gober & Reyna
11940 Jollyville Road, Suite 220-S
Austin, TX  78759
(512) 478-8000
(512) 478-8081

**Joe A. Rivera, Esq.**
Naman Howell Smith & Lee LLP
400 Austin Avenue
Suite 800
Waco, TX  76703
(254) 755-4100
(254) 754-6331