**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CORINNE FORD** | § | |
| | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:17-cv-127** |
| | § | |
| | § | |
| **STEVEN KVAM,** *et al*. | § | |

## ORDER

The mediator filed a report on September 22, 2017 stating that a settlement has been reached to resolve all issues in this case.  It is accordingly

**ORDERED** that the parties or their counsel shall submit to the Court all papers necessary for the closing of this case on or before **October 25, 2017**.  If the parties do not move for additional time or such papers are not received by the Court by the scheduled deadline, the Court may order dismissal without further notice.  Within 60 days of a dismissal order, any party may petition to have the claims reinstated upon showing good cause as to why settlement was not in fact consummated.

So ORDERED and SIGNED this 25th day of September, 2017.

K. Nicole Mitchell

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

1